IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN McGUIRE                                                                              PLAINTIFF

Vs.                                    CASE NO.  4:12cv00463 JMM

LIFE INSURANCE COMPANY OF NORTH AMERICA                       DEFENDANT

ORDER

The Court has been notified that a settlement has been reached following a settlement conference before United States Magistrate Judge Jerry W. Cavaneau. Therefore, the case is hereby dismissed with prejudice. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 6th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE